# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| KAYLA NICOLE BROWN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:12-cv-00070-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2014 Memorandum and Order.

September 18, 2014

_____
Frank G. Johns, Clerk
United States District Court